B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## District of Rhode Island

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **H S Management Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **05-0508513** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **PO Box 221 Barrington, RI** ZIPCODE **02806-0221** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Bristol** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address) ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests: ____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: ____

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **H S Management Group, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
 ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
 ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)     Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **H S Management Group, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Thomas P. Quinn*<br>Signature of Attorney for Debtor(s)<br><br>**Thomas P. Quinn 4780**<br>**McLaughlin & Quinn, LLC**<br>**148 West River Street, Suite 1E**<br>**Providence, RI 02904**<br>**(401) 421-5115 Fax: (401) 421-5141**<br>**tquinn@mclaughlinquinn.com**<br><br><br>**March 12, 2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____<br>Signature |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Cary L. White*<br>Signature of Authorized Individual<br><br>**Cary L. White**<br>Printed Name of Authorized Individual<br><br>**Manager**<br>Title of Authorized Individual<br><br>**March 12, 2015**<br>Date | _____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                                        Case No. _____

**H S Management Group, LLC**                                                  Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **City Of East Providence**<br>**Tax Collector**<br>**145 Taunton Avenue**<br>**East Providence, RI  02914** | | | | **162,625.36** |
| **Marjorie White**<br>**1545 Messino Drive**<br>**Nokomis, FL  34275** | | | | **150,000.00** |
| **Cary L. White**<br>**PO Box 221**<br>**Riverside, RI  02915-0492** | | | | **40,000.00** |
| **Bank Newport**<br>**PO Box 450**<br>**Newport, RI  02840-0937** | | **Bank loan** | | **336,990.23**<br>**Collateral:**<br>**315,300.00**<br>**Unsecured:**<br>**21,690.23** |
| **RBS Citizens N.A.**<br>**1 Citizens Plz**<br>**Providence, RI  02903-1344** | | | | **5,000.00** |
| **James Reavis, Esq.**<br>**Reavis Law**<br>**55 Corrance Street, Ste. 200**<br>**Providence, RI  02903** | | | | **4,000.00** |
| **R. J. Souto Disposal Services**<br>**49 Winter Drive**<br>**Seekonk, MA  02771-0005** | | | | **3,500.00** |
| **Walter S. Medeiros**<br>**140 Forbes St**<br>**Riverside, RI  02915-1602** | | | | **1,400.00** |
| **Dr. Barbara Hess**<br>**128 Forbes St**<br>**Riverside, RI  02915-1602** | | | | **1,395.00** |
| **Ronald Mackie**<br>**Donna Mackie**<br>**2 Fuller Ave**<br>**Riverside, RI  02915-5219** | | | | **1,395.00** |
| **Kristine Collins**<br>**4 Fuller Ave**<br>**Riverside, RI  02915-5219** | | | | **1,395.00** |
| **Kimberly Martin**<br>**144 Arnold St**<br>**Riverside, RI  02915-3352** | | | | **1,350.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Katrina Dixon**<br>146 Arnold St<br>Riverside, RI  02915-3352 | **1,350.00** |
| **Ray Decker**<br>132 Forbes St<br>Riverside, RI  02915-1602 | **1,300.00** |
| **Cecelia Slusarski**<br>**Wayne Milliken**<br>136 Forbes St<br>Riverside, RI  02915-1602 | **1,300.00** |
| **Virginia Rose**<br>131 Hobson Ave<br>East Providence, RI  02914-2154 | **1,295.00** |
| **Kristian Telschow**<br>116 Worcester Ave<br>Riverside, RI  02915-3423 | **1,250.00** |
| **Cheryl Brown**<br>152 Bell Ave<br>Riverside, RI  02915-3502 | **1,150.00** |
| **Michelle Meo**<br>154 Bell Ave<br>Riverside, RI  02915-3502 | **1,150.00** |
| **Melissa McCulloch**<br>8 Providence Ave<br>Riverside, RI  02915-3210 | **995.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **March 12, 2015**          Signature: */s/ Cary L. White*

**Cary L. White, Manager**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Rhode Island**

**IN RE:** Case No. _____

**H S Management Group, LLC** _____ Chapter **11** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 12, 2015** _____   Signature: */s/ Cary L. White* _____
**Cary L. White, Manager**                                                  Debtor

Date: _____   Signature: _____
Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Bank Newport
PO Box 450
Newport, RI   02840-0937


Carolyn Despirito
10 Providence Ave
Riverside, RI   02915-3210


Carolyn Marsden
99 Fenner Ave
Riverside, RI   02915-2557


Cary L. White
PO Box 221
Riverside, RI   02915-0492


Cecelia Pires
200 Bell Ave
Riverside, RI   02915-3642


Cecelia Slusarski
Wayne Milliken
136 Forbes St
Riverside, RI   02915-1602


Cheryl Brown
152 Bell Ave
Riverside, RI   02915-3502


City Of East Providence
Tax Collector
145 Taunton Avenue
East Providence, RI   02914
```

Danielle Voll
200 Bell Ave
Riverside, RI   02915-3642


David Crossman
C/I Mark P. Dolan
72 Pine St Ste 300
Providence, RI   02903-2846


Dawn Brown
114 Worcester Ave
Riverside, RI   02915-3423


Dr. Barbara Hess
128 Forbes St
Riverside, RI   02915-1602


Edward G. Avila, Esq.
Roberts Carroll Feldstein & Peirce
10 Weybosset St
Providence, RI   02903-2818


James Reavis, Esq.
Reavis Law
55 Corrance Street, Ste. 200
Providence, RI   02903


Jean Shering
99 Fenner Ave Apt. #2
Riverside, RI   02915-2557


Jennifer Fonseca
Audra Costa
200 Bell Ave
Riverside, RI   02915-3642

```
Joslin Martinez
200 Bell Ave
Riverside, RI   02915-3642


Katrina Dixon
146 Arnold St
Riverside, RI   02915-3352


Kimberly Martin
144 Arnold St
Riverside, RI   02915-3352


Kristen Larue
Cheryl Larue
99 Fenner Ave Apt. #4
Riverside, RI   02915-2557


Kristian Telschow
116 Worcester Ave
Riverside, RI   02915-3423


Kristine Collins
4 Fuller Ave
Riverside, RI   02915-5219


Marjorie White
1545 Messino Drive
Nokomis, FL   34275


Melissa McCulloch
8 Providence Ave
Riverside, RI   02915-3210


Michelle Meo
154 Bell Ave
Riverside, RI   02915-3502
```

```
Nathan Andrade
99 Fenner Ave
Riverside, RI   02915-2557


R. J. Souto Disposal Services
49 Winter Drive
Seekonk, MA   02771-0005


Ray Decker
132 Forbes St
Riverside, RI   02915-1602


RBS Citizens N.A.
1 Citizens Plz
Providence, RI   02903-1344


Rockland Trust
PO Box 2557
Omaha, NE   68103-2557


Ronald Mackie
Donna Mackie
2 Fuller Ave
Riverside, RI   02915-5219


Sonia R. Alcadaca
200 Be4ll Avenue
Riverside, RI   02915


Virginia Rose
131 Hobson Ave
East Providence, RI   02914-2154


Walter S. Medeiros
140 Forbes St
Riverside, RI   02915-1602
```

```
Webster Bank
PO Box 1809
Hartford, CT  06144-1809
```